Robert G. McMillen
TELQUIST MCMILLEN CLARE, PLLC
1321 Columbia Park Trail
Richland, WA 99352
(509)737-8500/(509)737-9500 fax

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

In re:

THOMAS ARNOLD
TRACIE ARNOLD,

Debtor(s),

Case No.  14-03769-FPC13

**MOTION FOR VOLUNTARY DISMISSAL**

COMES NOW the above-named debtors by and through their attorney, Robert G. McMillen of TELQUIST MCMILLEN CLARE, PLLC and move the Court for an Order dismissing the above-captioned bankruptcy proceeding for the reason that the debtor wishes to pay their creditors outside the bankruptcy.

DATED this _____ day of August, 2017.

_____
Robert G. McMillen #29831

Motion for Voluntary Dismissal –Page 1 of 1